# IN THE SUPREME COURT OF THE STATE OF NEVADA

MINOR DOE,
Appellant,
vs.
MICHELLE J. PURDY; JACKIE
BRYANT; RANDY KYLE WATKINS;
CYNTHIA VERA; THE HONORABLE
JANET J. BERRY, DISTRICT JUDGE;
THE HONORABLE JEROME M.
POLAHA, DISTRICT JUDGE; THE
HONORABLE CONNIE J.
STEINHEIMER, DISTRICT JUDGE;
THE HONORABLE LYNNE K.
SIMONS, DISTRICT JUDGE; THE
HONORABLE SCOTT N. FREEMAN,
DISTRICT JUDGE; THE HONORABLE
ELLIOTT A. SATTLER, DISTRICT
JUDGE; THE HONORABLE DAVID A.
HARDY, DISTRICT JUDGE; THE
HONORABLE EGAN K. WALKER,
DISTRICT JUDGE; THE HONORABLE
CYNTHIA LU, DISTRICT JUDGE; THE
HONORABLE CHUCK WELLER,
DISTRICT JUDGE; THE HONORABLE
FRANCES DOHERTY, DISTRICT
JUDGE; THE HONORABLE BRIDGET
E. ROBB, DISTRICT JUDGE; AND THE
HONORABLE DAVID HUMKE,
DISTRICT JUDGE,
Respondents.

No. 72811

FILED

MAY 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal is from an order of the district court denying appellant's motion to proceed in forma pauperis. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

17-17472

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); NRS 12.015(7) (orders regarding indigency not appealable); *see also Barnes v. Eighth Judicial District Court*, 103 Nev. 679, 681, 748 P.2d 483, 485 (1987). We therefore lack jurisdiction to consider this appeal, and we ORDER this appeal DISMISSED.[1]

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Patrick Flanagan, District Judge
Minor Doe
Attorney General/Carson City
Washoe District Court Clerk

---

[1] In light of this disposition, all pending motions are denied as moot.